

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES E. WHITE, IV, Individually and as Beneficiary of the JANE WHITE Trust; MARTI WHITE WRIGHT, Individually and as a Named Beneficiary of the JANE WHITE Trust; and CLINTON WESLEY WHITE, Individually and as a Beneficiary of the JANE WHITE Trust, by and through his Next Friend, JAMES E. WHITE, IV, | § § § § § § | No. 08-23-00272-CV Appeal from the 394th Judicial District Court of Presidio County, Texas |
| Appellants, | § | (TC# 7856) |
| v. | § | |
| EDWARD MCMINN WHITE, Individually and as Trustee of the EDWARD MCMINN WHITE Trust, and BEAUREGARD BRITE WHITE, Individually and as Trustee of the BEAURAGARD BRITE WHITE Trust, | § § § | |
| Appellees. | § | |
| | § | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant to pay all costs of this appeal and this decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF NOVEMBER 2023.


GINA M. PALAFOX, Justice


Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)